

# MEMORANDUM

**To:** The Honorable To be Assigned
U.S. District Judge

**From:** Krystyna Callagy
U.S. Probation Officer

**Re:** **PAVAO, Luis, Dkt. #1:18CR10056**
**Fine/Restitution Order/Payment Schedule Policy**

**Date:** December 19, 2019

This memorandum serves as notification of a fine/restitution payment schedule agreed upon by the Probation Office in accordance with the Administrative Office Monograph 114.

It is the responsibility of the supervising Probation Officer to notify the Court of an agreed-upon payment schedule, thus making a reasonable payment schedule set by the Court. The schedule is based upon the defendant's ability to pay at the time it is formulated. Periodic reviews of the defendant's financial situation will be made in order to determine whether the schedule shall be changed. In the event any changes are made, the Court will be so advised.

At the present time, the Probation Office is recommending that Court suspend Ms. Pavao's payments as he is unemployed, medically disabled, and has no current source of income. Mr. Pavao has been unable to obtain financial assistance through social security or any other subsidized means, due to his current status with ICE.

If Your Honor concurs with the recommendation to suspend restitution payments at this time, please advise by signing below.

Reviewed & Approved by:

/s/ Lisa Paiva
Lisa Paiva
Supervising U.S. Probation Officer

Payment Schedule Is Approved:

  /s/Indira Talwani_____                              __1/30/2020_____
U.S. District Judge                                                                                     Date